UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-62290-RAR

**RUDOLPH BETANCOURT**,

    Plaintiff,

v.

**B & T ROBBINS CORPORATION**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice, [ECF No. 20], filed on February 5, 2024. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice* against Defendants B & T Robbins Corporation and Artisan Deli, Inc. Any pending motions are **DENIED as MOOT**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 5th day of February, 2024.

                                                _____
                                                **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**